FILE COPY

CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  JIM MOSELEY
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS



# Court of Appeals
# Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FASCIMILE
(214) 745-1083

INTERNET
HTTP://5THCOA.COURTS.STATE.TX.US

September 10, 2013

Christopher D. Bowers
Dallas City Attorneys
1500 Marilla St
Room 7BN
Dallas, TX 75201-6390
* DELIVERED VIA E-MAIL *

Edward "Eddie" Vassallo
Vassallo & Salazar, P.C.
3710 Rawlins Street
Suite 1200
Dallas, TX 75219-4276
* DELIVERED VIA E-MAIL *

Charles  A. Salazar
Vassalo & Salazar, P.C.
3710 Rawlins
Suite 1200
Dallas, TX 75219
* DELIVERED VIA E-MAIL *

James  B. Pinson
Dallas City Attorney's Office
1500 Marilla St., Rm 7B
Dallas, TX 75201-6318
* DELIVERED VIA E-MAIL *

Brandi Youngkin
Dallas City Attorney Office
1500 Marilla Street, 7BN
Dallas, TX 75201
* DELIVERED VIA E-MAIL *

Hayley Ailshie
Vassallo & Salazar, P.C.
3710 Rawlins St Ste 1200
Dallas, TX 75219-6410
* DELIVERED VIA E-MAIL *

Barbara  E. Rosenberg
Dallas City Attorney's Office
1500 Marilla St Rm. 7B
Dallas, TX 75201-6318
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   05-13-01185-CV
      Trial Court Case Number:   84262CC

Style:  In Re: City of Dallas


Please find attached the order that the Court issued today in the above referenced cause.

FILE COPY

Respectfully,

_____
By Lisa Matz, Clerk of the Court

cc:    County Court At Law Kaufman County